## United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:  Tarhonda Jones | ) | Chapter 13 |
| | ) | Case No. 19 B 15104 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Tarhonda Jones
18028 Greenview Terrace
Country Club HIlls, IL  60478

Debtor Attorney: Semrad Law Firm LLC
via Clerk's ECF noticing procedures

On August 01, 2019 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Saturday, July 13, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 05/25/2019.

2. The debtor(s) have failed to provide an Affidavit of Compliance.

3. The debtor(s) have failed to address the proof of claim filed by the Internal Revenue Service regarding unfiled tax returns for tax year(s) 2016.

4. The debtor(s) have failed to resolve the pending objection(s) to the plan.

5. The debtor(s) have failed to amend schedule H to list co-signed debt.

6. The debtor failed to amend schedule A to check the box for property type.

7. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE